No. 81–225. BLUE SHIELD OF VIRGINIA ET AL. *v.* MCCREADY. C. A. 4th Cir. Certiorari granted. ▮▮▮▮

No. 81–395. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* SADLOWSKI ET AL. C. A. D. C. Cir. Certiorari granted. ▮▮▮▮

No. 81–412. WILSON *v.* SCRIPPS-HOWARD BROADCAST-ING CO., DBA WMC TV CHANNEL 5. C. A. 6th Cir. Certiorari granted. ▮▮▮▮

No. 81–460. MIDDLESEX COUNTY ETHICS COMMITTEE *v.* GARDEN STATE BAR ASSN. ET AL. C. A. 3d Cir. Certiorari granted. ▮▮▮▮

No. 80–2070. SUMITOMO SHOJI AMERICA, INC. *v.* AVIGLIANO ET AL.; and

No. 81–24. AVIGLIANO ET AL. *v.* SUMITOMO SHOJI AMER-ICA, INC. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. The Solicitor General is invited to file a brief in these cases expressing the views of the United States. Reported below: 638 F. 2d 552.

No. 80–2205. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS *v.* MURRAY. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮▮▮▮

No. 81–406. MISSISSIPPI UNIVERSITY FOR WOMEN ET AL. *v.* HOGAN. C. A. 5th Cir. Motion of Mississippi University for Women Alumnae Association for leave to file a brief as *amicus curiae* granted. Certiorari granted. ▮▮▮▮